**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                            Case Number 2:23-cr-243
                                            Judge Edmund A. Sargus, Jr.

JOHN CASTILLO,
    Defendant.

## Arraignment on Indictment
## Wednesday, February 14, 2024
## before Judge Edmund A. Sargus, Jr.

For Plaintiff:  Elizabeth Geraghty
For Defendant: Robert Krapenc
Court Reporter: Crystal Hatchett
Courtroom Deputy:  Christin Werner

The defendant entered a plea of not guilty to count 1 and Forfeiture Allegation A of the Indictment.
Trial scheduled for 4/8/2024.